1
 The People of the State of Colorado in the interest of: C.C.M., and The People of the State of Colorado, D.D.M., Petitioners v. D.J.M. Respondent No. 24SC301
Supreme Court of Colorado, En Banc
August 19, 2024
 
           Court
 of Appeals Case No. 23CA1691
 
 
 
          Petitions
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the division erred in concluding that Father did not
 waive his right to a jury trial at adjudication when he did
 not appear for a bench trial that was set after Father's
 counsel had orally requested a jury trial and Father also
 failed to appear at a number of pretrial conferences.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.